TIMOTHY J. MCCAFFERY, State Bar No. 154668
tjm@llcllp.com
JASON B. SHANE, State Bar No. 253908
jshane@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Defendant
CHARLOTTE PIPE AND FOUNDRY COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CHARLOTTE PIPE AND FOUNDRY COMPANY<br><br>Defendant. | Case No. 2:16-CV-00590-MCE-EFB<br><br>**ORDER CONTINUING DATES IN PRETRIAL SCHEDULING ORDER** |

The Court, having reviewed the parties' October 20, 2017 Stipulation to Continue Dates in Pretrial Scheduling Order, finds that good cause exists for the requested continuance under Rule 16(b) of the Federal Rules of Civil Procedure and Section VIII of the Supplemental Pretrial Scheduling Order dated October 21, 2016, based upon the parties' inability to complete non-expert discovery prior the deadline presently set therefor, despite all parties having acted, and continuing to act, diligently in conducting discovery, due to the large number of third-party witnesses to be deposed, including the subrogee, general contractor, architects, engineers, consultants, subcontractors, and parts retailer.

///

///

Accordingly, the Court orders that its Supplemental Pretrial Scheduling Order dated October 21, 2016 is hereby modified to incorporate the following, revised deadlines:

Non-Expert Discovery Cut-Off..............................August 16, 2018

Expert Witness Disclosures .............................. November 17, 2018

Last Day to Hear Dispositive Motions.................February 22, 2019

IT IS SO ORDERED.

Dated: November 2, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE