TIMOTHY J. MCCAFFERY, State Bar No. 154668
tjm@llcllp.com
JASON B. SHANE, State Bar No. 253908
jshane@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:	(510) 433-2600
Facsimile:	(510) 433-2699

Attorneys for Defendant
CHARLOTTE PIPE AND FOUNDRY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CHARLOTTE PIPE AND FOUNDRY COMPANY<br><br>Defendant. | Case No. 2:16-CV-00590-MCE-EFB<br><br>**ORDER CONTINUING<br>NON-EXPERT DISCOVERY CUT-OFF** |

The Court, having reviewed the parties' June 5, 2018 Stipulation to Continue Non-Expert Discovery Cut-Off, finds that good cause exists for the requested continuance under Rule 16(b) of the Federal Rules of Civil Procedure and Section VIII of the Supplemental Pretrial Scheduling Order dated October 21, 2016, based upon the parties' inability to complete non-expert discovery prior the deadline presently set therefor, despite all parties having acted, and continuing to act, diligently in conducting discovery, due to the large number of third-party witnesses to be deposed (including the subrogee, general contractor, architect, engineering consultant, and plumbing subcontractor), as well as lengthy delays in the production of large volumes of documents by some of those same third parties.

///

Accordingly, the Court orders that its Supplemental Pretrial Scheduling Order dated October 21, 2016 and Order Continuing Dates in Pretrial Scheduling Order issued November 3, 2017 be modified to incorporate the following, revised deadline:

Non-Expert Discovery Cut-Off ............................ October 19, 2018

No other deadlines are affected by this order, including but not limited to the deadlines for expert disclosures and hearings on dispositive motions.

IT IS SO ORDERED.

Dated: June 7, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE