TIMOTHY J. McCAFFERY, SBN 154668
JASON B. SHANE, SBN 253908
**McCAFFERY | HOSKING LLP**
1777 Botelho Drive, Suite 360
Walnut Creek, CA 94596-5084
Telephone:  925.705.7358
Facsimile:   925.705.7381
tjm@mhfirm.law
jbs@mhfirm.law

Attorneys for Defendant
CHARLOTTE PIPE AND FOUNDRY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CHARLOTTE PIPE AND FOUNDRY COMPANY,<br><br>Defendant. | Case No. 2:16-CV-00590-MCE-EFB<br><br>Assigned to:  Hon Morrison C. England, Jr.<br>Courtroom    7 (14th Floor)<br><br>**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER**<br><br>Action Filed:  February 2, 2016<br>Trial Date:    None Set |

IT IS HEREBY STIPULATED by and between all parties, through their designated counsel, that certain dates and other deadlines listed in the Court's Supplemental Pretrial Scheduling Order dated October 21, 2016 and subsequently modified pursuant to the Court's Order dated November 2, 2017 be continued by approximately 45 days.  Good cause exists for the extension under Rule 16(b) of the Federal Rules of Civil Procedure and Section VIII of the Supplemental Pretrial Scheduling Order, based upon the parties' desire to participate in mediation with mediator John Bates of JAMS on December 19, 2018, following the recent completion of all non-expert discovery with the exception of a single third-party deposition that the parties are presently working together to schedule.  The parties wish to mediate the matter before incurring the costs associated with expert disclosures and dispositive motions, and therefore wish to continue the associated deadlines by approximately 45 days.

Accordingly, per the instant stipulation, the parties, through their designated counsel, request that the Court's Supplemental Pretrial Scheduling Order dated October 21, 2016 and subsequently modified pursuant to the Court's Order dated November 2, 2017 be modified to incorporate the following, revised deadlines:

Expert Witness Disclosures ......................................January 2, 2019

Last Day to Hear Dispositive Motions.........................April 8, 2019

Dated: November 7, 2018     SHUMSKY & BACKMAN

By: /s/ Eric C. Hanson
ERIC C. HANSON
Attorneys for Plaintiff
AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY

Dated: November 7, 2018     MCCAFFERY | HOSKING LLP

By: /s/ Jason B. Shane
TIMOTHY J. McCAFFERY
JASON B. SHANE
Attorneys for Defendant
CHARLOTTE PIPE AND FOUNDRY COMPANY

**ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

The Court, having reviewed the parties' November 7, 2018 Stipulation to Modify Pretrial Scheduling Order, finds that good cause exists for the requested continuance under Rule 16(b) of the Federal Rules of Civil Procedure and Section VIII of the Supplemental Pretrial Scheduling Order dated October 21, 2016 and subsequently modified pursuant to the Court's Order dated November 2, 2017, based upon the parties' desire to participate in mediation with mediator John Bates of JAMS on December 19, 2018, following the recent completion of all non-expert discovery with the exception of a single third-party deposition that the parties are presently working together to schedule, and the parties' wish to mediate the matter before incurring the costs associated with expert disclosures and dispositive motions.

Accordingly, the Court orders that its Supplemental Pretrial Scheduling Order dated October 21, 2016 and subsequently modified pursuant to the Court's Order dated November 2, 2017 is hereby modified to incorporate the following, revised deadlines:

Expert Witness Disclosures ......................................January 2, 2019

Last Day to Hear Dispositive Motions........................April 8, 2019

IT IS SO ORDERED.

Dated: December 30, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE