TIMOTHY J. MCCAFFERY, SBN 154668
 tjm@mhfirm.law
LORI A. SEBRANSKY, SBN 125211
 las@mhfirm.law
JASON B. SHANE, SBN 253908
 jbs@mhfirm.law
**MCCAFFERY | HOSKING LLP**
1777 Botelho Drive, Suite 360
Walnut Creek, CA 94596-5084
Telephone: 925.705.7358
Facsimile: 925.705.7381

BRADLEY R. KUTROW, NC SBN 13851 (*Pro Hac Vice*)
 bkutrow@mcguirewoods.com
**MCGUIREWOODS LLP**
201 North Tryon Street, Suite 3000
Charlotte, NC 28202-2146
Telephone: 704.343.2049
Facsimile: 704.343.2300

Attorneys for Defendant
CHARLOTTE PIPE AND FOUNDRY COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> CHARLOTTE PIPE AND FOUNDRY COMPANY, <br><br> Defendant. | Case No. 2:16-CV-00590-MCE-EFB <br><br> Assigned to: Hon Morrison C. England, Jr. <br> Courtroom: 7 (14th Floor) <br><br> **STIPULATION AND ORDER OF DISMISSAL** <br><br> Action Filed: February 2, 2016 <br> Trial Date: None Set |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

STIPULATION AND ORDER OF DISMISSAL

**STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiff AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and Defendant CHARLOTTE PIPE AND FOUNDRY COMPANY, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice in its entirety pursuant to *Federal Rules of Civil Procedure*, Rule 41(a)(1). Each party agrees to bear their own costs.

Dated: May 7, 2019  SHUMSKY & BACKMAN

By: /s/ George M. Shumsky
    GEORGE M. SHUMSKY
    ERIC C. HANSON
    Attorneys for Plaintiff
    AMERICAN GUARANTEE AND LIFE INSURANCE COMPANY

Dated: May 7, 2019  McCAFFERY | HOSKING LLP

By: [signature]
    TIMOTHY J. McCAFFERY
    JASON B. SHANE
    Attorneys for Defendant
    CHARLOTTE PIPE AND FOUNDRY COMPANY

**ORDER**

Pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure* and for good cause showing, the above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall bear its own fees and costs.

IT IS SO ORDERED.

Dated: May 13, 2019

[signature]
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE